938

No. 97–5924. PERELMAN v. DAVILA ET AL. (two judgments). C. A. 9th Cir. Certiorari denied.

No. 97–5938. MENY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–5976. GIBSON v. WEST, SECRETARY OF THE ARMY. C. A. 3d Cir. Certiorari denied.

No. 97–5986. PADGETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5987. QUARLES v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 97–5998. BOTTONE v. UNITED STATES; and
No. 97–6016. RIVERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: No. 97–6016, 111 F. 3d 293.

No. 97–6001. PEAKE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 97–6002. VINCENT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6017. DUARTE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6021. GEORGES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6022. GOODEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6023. FLORES-MIRELES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6028. BLUMEYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6038. BOGLE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–6039. MENDOZA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.